# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# JOLIET DIVISION

| | |
|---|---|
| In Re: | Case No. 20-21951 |
| Martejha April<br>*aka* Martejha C April | Chapter 13 |
| Debtor | Hon. Judge LaShonda A. Hunt |

## OBJECTION TO CONFIRMATION OF PLAN FILED ON 12/23/2020

**NOW COMES** Bridgecrest Credit Company, LLC an affiliated company of Bridgecrest Acceptance Corp, and/ or its assigns (hereinafter "Creditor"), by and through its attorneys, Sottile & Barile LLC, and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 12/23/2020 and in support thereof states as follows:

1. Debtor's filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 12/23/2020 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. As reflected in the filed Proof of Claim attached hereto as Exhibit "A", Creditor is a secured creditor of Debtor with respect to a certain indebtedness in the amount of $17,683.48 secured by a lien upon a 2016 KIA OPTIMA motor vehicle bearing a Vehicle Identification Number ("VIN") of 5XXGT4L34GG073805 (the "Vehicle"). (See Ex. "A"). Debtor purchased the Vehicle on July 3, 2018, i.e., less than 910 days prior to the date of commencement of these proceedings.

3. As set forth in the Retail Installment Contract (the "Contract") attached as part of Exhibit "A", Debtor was required to tender bi-weekly payments to Creditor, each in the sum of $232.47 each with an interest rate of 20.530%. (See Ex. "A").

4. Debtor's Plan does not provide treatment for Creditor's claim.

5. That sufficient grounds exist for denial of confirmation of Debtor's plan:

    a. The Debtor's bankruptcy was filed on December 23, 2020 and the vehicle was purchased on July 3, 2018; therefore, the vehicle was purchased within 910 days of the filing of the petition. Creditor is entitled to the full contract balance of the vehicle at filing, which was $17,683.48 at a "Till" interest rate of 5.25%. (The current Wall Street Journal published prime interest rate, plus a 2% risk factor).

      b. Debtor's Plan fails to provide for pre-confirmation adequate protection payment.

6. Creditor has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

      $325.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed.

**WHEREFORE**, Creditor prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the Retail Installment Contract, and for such other and further relief as this Court may deem just and proper.

Dated: January 5, 2021                                Respectfully Submitted,

                                                                /s/ Molly Slutsky Simons
                                                                Molly Slutsky Simons (OH 0083702)
                                                                Sottile & Barile, Attorneys at Law
                                                                394 Wards Corner Road, Suite 180
                                                                Loveland, OH 45140
                                                                Phone: 513.444.4100
                                                                Email: bankruptcy@sottileandbarile.com
                                                                Attorney for Creditor